IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40776
Conference Calendar
_____


LARRY D. BONEY,

Plaintiff-Appellant,

versus

DIXON, Captain,

Defendant-Appellee.


---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-95-CV-304
---------------------

March 1, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Larry D. Boney moves this court for in forma pauperis status to appeal the district court's order dismissing his civil rights action under 41 U.S.C. § 1983. Boney fails to raise a nonfrivolous issue on appeal. Boney's motion for leave to proceed IFP is DENIED. Because the appeal is frivolous, the appeal is DISMISSED.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

This court previously cautioned Boney to review any pending appeals in order to avoid the imposition of sanctions.  See Boney

v. Collins, No. 95-40742 (Dec. 18, 1995).  The district court also warned Boney that he risked the imposition of sanctions if he continued to file meritless complaints.  Boney v. Collins, No. CA-C-95-28 (S.D. Tex. Oct. 12, 1995).  Accordingly, Boney is BARRED from filing any pro se, in forma pauperis, civil appeal in this court, or any pros se, in forma pauperis, initial civil pleading in any court which is subject to this court's jurisdiction, without the advance written permission of a judge of the forum court; the clerk of this court and the clerks of all federal district courts in this Circuit are directed to return to Boney, unfiled, any attempted submission inconsistent with this bar.

APPEAL DISMISSED; SANCTIONS IMPOSED.  See 5th Cir. R. 42.2.